IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-364-CR





DANIEL HAYS,



 APPELLANT


vs.





THE STATE OF TEXAS,



 APPELLEE



 



FROM THE COUNTY COURT AT LAW NO. 6 OF TRAVIS COUNTY



NO. 407518, HONORABLE DAVID E. PURYEAR, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for harassing communication. Appellant has
filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion
is granted and the appeal is dismissed. See Tex. R. App. P. 59(b). 


Justices Powers, Aboussie and B. A. Smith

Dismissed On Appellant's Motion

Filed: November 2, 1994

Do Not Publish